FILED

2014 SEP 23  AM 11:08





UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2013 Grand Jury

'14 CR 2730MMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 18, U.S.C., Sec. 922(g)(1) - Felon in Possession of a Firearm; Title 18, U.S.C., Sec. 924(d)(1), and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |
| MICHAEL ROLAND JONES (1), aka Criminal, JUAN SOTO (2), aka Jazz, | |
| Defendants. | |

The grand jury charges:

### Count 1

Beginning on or about November 19, 2013, and continuing up to and including November 21, 2013, within the Southern District of California, defendants MICHAEL ROLAND JONES, aka Criminal, and JUAN SOTO, aka Jazz, did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand

ARHA:nlv:San Diego
9/22/14

1   jury to distribute, 5 grams and more, to wit: approximately 28 grams

2   of a mixture and substance containing a detectable amount of

3   methamphetamine, a Schedule II Controlled Substance; in violation of

4   Title 21, United States Code, Sections 841(a)(1) and 846.

Count 2

6      On or about November 20, 2013, within the Southern District of

7   California, defendants MICHAEL ROLAND JONES, aka Criminal, and JUAN

8   SOTO, aka Jazz, did knowingly and intentionally possess, with intent

9   to distribute, 5 grams and more, to wit: approximately 13.8 grams of a

10  mixture and substance containing a detectable amount of

11  methamphetamine, a Schedule II Controlled Substance; in violation of

12  Title 21, United States Code, Section 841(a)(1), and Title 18, United

13  States Code, Section 2.

Count 3

15     On or about November 20, 2013, within the Southern District of

16  California, defendant MICHAEL ROLAND JONES, aka Criminal, being a

17  person who had previously been convicted in a court of a crime

18  punishable by imprisonment for a term exceeding one year, did

19  knowingly and unlawfully possess in and affecting commerce a firearm,

20  that is, a Browning, Over Under 12 gauge shotgun, bearing serial

21  number 53097; in violation of Title 18, United States Code,

22  Section 922(g)(1).

23  //

24  //

25  //

26  //

27  //

28  //

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 3 of this Indictment, defendant MICHAEL ROLAND JONES, aka Criminal, shall forfeit to the Uniteld States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: a Browning, Over Under 12 gauge shotgun, bearing serial number 53097; pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

DATED:   September 23, 2014.

A TRUE BILL:

Foreperson

LAURA E. DUFFY
United States Attorney

By:

ANDREW R. HADEN
Assistant U.S. Attorney